PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| EILEEN BONNER, | Case No.: 2:16-cv-01781-KJN |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

    The parties, through their respective counsel, stipulate that the time for filing of Defendant's Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from February

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 - Stipulation & ~~Proposed~~ Order for Extension, 2:16-cv-01781-KJN

1  12, 2017 to March 14, 2017.  All other due dates would be extended accordingly.
2  This is Defendant's first request for an extension of time.  Counsel for the
3  Defendant needs additional time because of workload issues and having been
4  reassigned cases previously assigned to attorneys who have left the office.

Dated: February 10, 20117    */s/ Sarah Fielding*
                             SARAH FIELDING
                             190 Reamer St.
                             Auburn, CA 95603
                             Telephone: (530) 823-7560
                             Facsimile: (530) 823-7601
                             (by e-mail authorization February 10, 2017)


Dated: February 10, 2017     Respectfully submitted,

                             PHILLIP A. TALBERT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration


                     By:     */s/ Ben A. Porter*
                             BEN A. PORTER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

2 - Stipulation & ~~Proposed~~ Order for Extension, 2:16-cv-01781-KJN

## ORDER

**IT IS SO ORDERED.**

Dated:  February 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3 -  Stipulation & ~~Proposed~~ Order for Extension, 2:16-cv-01781-KJN